DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMUEL BUTLER,**
Appellant,

v.

**INNOVATIVE MARKETING AND DISTRIBUTION, INC.,** d/b/a **ENGEL USA,**
Appellee.

No. 4D15-2125

[March 9, 2016]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Thomas H. Barkdull, III, Judge; L.T. Case No. 502013CA018729XXXXMB.

Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach, and James W. Flanagan of David R. Rigell & Associates, P.A., West Palm Beach, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

This is an appeal from a final order dismissing plaintiff's action for lack of prosecution. Because the record reflects that the plaintiff filed a notice of hearing within the 60-day grace period following the trial court's notice of lack of prosecution, the dismissal was error and must be reversed. *See* Fla. R. Civ. P. 1.420(e), *Chemrock Corp. v. Tampa Elec. Co.*, 71 So. 3d 786, 791 (Fla. 2011) ("any filing of record during the applicable time frame is sufficient to preclude dismissal—without regard to a finding that the filing is intended to affirmatively move the case toward resolution on the merits").

*Reversed and remanded.*

CIKLIN, C.J., GERBER and LEVINE, JJ., concur.

\*        \*        \*

*Not final until disposition of timely filed motion for rehearing.*